429 A.2d 78

Commonwealth v. Gallardo, Appellant.

Submitted June 7, 1979.   David K. Boyer, Assistant Public Defender, for appellant;   William Kieser, District Attorney, for Commonwealth, appellee.

Before PRICE, GATES, and DOWLING, JJ.*

Judgment of sentence affirmed.